LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, SUITE 1600
PHOENIX, ARIZONA  85004
TELEPHONE: (602) 271-7700
FACSIMILE:  (602) 258-7785
Jathan P. McLaughlin/Bar No. 028065
    E-mail: jpm@bowwlaw.com
Jessica J. Kokal/Bar No. 029042
    E-Mail: jjk@bowwlaw.com
                mtd@bowwlaw.com

*Attorneys for Defendant Betlach*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; et al., | No.  2:16-CV-02337-ROS |
| Plaintiffs, | **NOTICE OF APPEARANCE** |
| v. | |
| Thomas Betlach, Director, of the Arizona Health Care Cost Containment System, in his official capacity*,* | |
| Defendant. | |

NOTICE IS HEREBY GIVEN that attorneys Jathan P. McLaughlin and Jessica J. Kokal of Broening Oberg Woods & Wilson enter their appearance on behalf of Defendant Thomas Betlach[1] in his official capacity as the Director of the Arizona Health Care Cost Containment System ("AHCCCS").   It is requested that all notices, pleadings, correspondence, and matters of record be served upon said counsel at the address below:

Jathan P. McLaughlin
Jessica J. Kokal
Broening Oberg Woods & Wilson, PC
2800 N. Central Ave., Suite 1600
Phoenix, Arizona 85004
Email: jpm@bowwlaw.com
jjk@bowwlaw.com
Tel: (602) 271-7750

---

[1] Mr. Betlach was the Director of AHCCCS when the Complaint in this matter was filed. The current Director of AHCCCS is Carmen Heredia.   Undersigned counsel appear on behalf of the Director of AHCCCS, regardless of the individual occupying the position, in this matter.

RESPECTFULLY SUBMITTED this 11th day of May, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Jathan P. McLaughlin

Jathan P. McLaughlin
Jessica J. Kokal
2800 North Central Avenue, Suite 1600
Phoenix, Arizona 85004
*Attorneys for Defendant Betlach*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 11, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

/s/ Lisa Black