American Civil Liberties Union
Foundation of Arizona
Jared Keenan (Bar No. 027068)
3707 North 7th Street, Ste. 235
Phoenix, Arizona 85014
Telephone: (602) 650-1854
jkeenan@acluaz.org

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; Desert Star Family Planning, LLC Deshawn Taylor, M.D.; Eric Reuss, M.D., M.P.H.; et al., <br><br> Plaintiffs, <br><br> v. <br><br> Thomas Betlach, Director, Arizona Health Care Cost Containment System, in his official capacity, <br><br> Defendant. | No. CV 2:16-02337-ROS <br><br> **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFFS** |

Pursuant to Local Rule 83.3, Jared G. Keenan of the ACLU Foundation of Arizona hereby enters his appearance as counsel of record for the Plaintiffs.

Dated this 15th day of May, 2023.

American Civil Liberties Union
Foundation of Arizona

By: */s/ Jared G. Keenan*
Jared G. Keenan

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2023, I electronically transmitted the attached document to the Clerk's office using the CM/ECF System for filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system.

　　　　　　　　　　　　　/s/ *Jared G. Keenan*
　　　　　　　　　　　　　　Jared G. Keenan