LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE
SUITE 1600
PHOENIX, ARIZONA 85004
TELEPHONE: (602) 271-7700
FACSIMILE:  (602) 258-7785
Jathan P. McLaughlin/Bar No. 028065
E-mail: jpm@bowwlaw.com
lmb@bowwlaw.com
Jessica J. Kokal/Bar No. 029042
E-Mail: jjk@bowwlaw.com
mtd@bowwlaw.com

*Attorneys for Defendant Betlach*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Thomas Betlach, Director, of the Arizona Health Care Cost Containment System, in his official capacity,<br><br>Defendant. | No.  2:16-CV-02337-ROS<br><br>**JOINT STIPULATION OF NON-ENFORCEMENT** |

The parties, by their undersigned counsel of record, stipulate as follows:

1. On May 17, 2016, Arizona Governor Doug Ducey signed into law H.B. 2599, codified at Ariz. Rev. Stat. § 36-2930.05 ("H.B. 2599").

2. On July 14, 2016, Plaintiffs filed a complaint challenging a provision of H.B. 2599, codified at Ariz. Rev. Stat. § 36-2930.05(B)(6), which empowers Defendant to exclude from participation in Arizona's Medicaid Program any "individual or entity" that "[f]ailed to segregate taxpayer dollars from abortions, including the use of taxpayer dollars for any overhead expenses attributable to abortions." ("the segregation requirement" or "the Act").

3. H.B. 2599 also states that "[t]he Director shall adopt rules that prescribe procedures for determining the length of exclusion, appealing the exclusion determination

and requesting reinstatement following an exclusion." H.B. 2599(D), codified at Ariz. Rev. Stat. § 36-2930.05(D).

4. H.B. 2599 went into effect August 5, 2016 without the Director having adopted any rules. Based on an agreement that Defendant would not enforce the statute until final rules take effect, on September 1, 2016, the parties filed a Stipulation to Dismiss Without Prejudice and Agreement of Nonenforcement [Doc. 18].

5. That stipulation says, *inter alia*, that Defendant would not seek an immediate effective date of the regulations.

6. On September 7, 2016, the Court issued an Order granting the stipulation of dismissal without prejudice, and ordering Defendant to "not request an immediate effective date" of the rules. The Court also retained jurisdiction to enforce the terms of its Order [Doc. 19].

7. Defendant has informed Plaintiffs that there is an urgent need to issue emergency regulations pursuant to H.B. 2599 to exclude unscrupulous providers for unlawful activity unrelated to Plaintiffs or Ariz. Rev. Stat. § 36-2930.05(B)(6).

8. The parties agree that Defendant is permitted to pursue that emergency rule making, but Defendant agrees that those emergency rules, and H.B. 2599, cannot be enforced against Plaintiffs until final rules that have the usual 60 day effective date as provided by Ariz. Rev. Stat. § 41-1032 are promulgated pursuant to the parties' September 1, 2006 Stipulation and the Court's September 7, 2016 Order.

9. Defendant further agrees any steps, action, or efforts taken by Defendant to enforce the segregation requirement can be based only on Plaintiffs' conduct 30 (thirty) days from the effective date of the final rules.

10. Nothing in this order precludes the parties from jointly requesting the Court to modify any terms of this order.

//

//

1  11. This Court shall retain jurisdiction to enforce the terms of this order.

RESPECTFULLY SUBMITTED this 18th day of May, 2023.

BROENING OBERG WOODS & WILSON, P.C.

By: /s/ Jathan P. McLaughlin
    Jathan P. McLaughlin
    Jessica J. Kokal
    2800 North Central Avenue, Suite 1600
    Phoenix, Arizona 85004
    *Attorneys for Defendant Betlach*


AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF ARIZONA


By: /s/ Jared Keenan (with permission)
    Jared Keenan
    3707 North 7th Street, Ste. 235
    Phoenix, Arizona 85014
    *Attorneys for Plaintiff Arizona Civil Liberties Union Foundation of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 18, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing. Notice of this filing will be sent by e-email to all parties by operation of the Court's electronic filing system.


/s/ Lisa Black