# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona, Inc.; et al. | No. 2:16-CV-02337 ROS |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| Thomas Betlach, Director, of the Arizona Health Care Cost Containment System, in his official capacity, | |
| Defendant. | |

This Court, having considered the stipulation entered into by the parties, ECF No. 22:

**IT IS HEREBY ORDERED**

1.  This Court's order dated September 6, 2016 (ECF No. 19) is amended pursuant to the parties' stipulation (ECF No. 22) to allow Defendant to pursue emergency rule making under H.B. 2599, codified at Ariz. Rev. Stat. § 36-2930.05, provided that Defendant and his successors shall not enforce Ariz. Rev. Stat. § 36-2930.05, or any emergency rules promulgated thereunder against Plaintiffs, until Defendant engages in final rule-making through the ordinary rulemaking process, which, once completed, will

not take effect until sixty (60) days following the filing of the final rule with the Arizona Governor's Regulatory Review Council.

2. Any steps, actions, or efforts taken by Defendant or his successor to enforce H.B. 2599 as to Plaintiffs shall be based only on Plaintiffs' conduct beginning on or after thirty (30) days from the effective date of the final rules.

3. Nothing in this order precludes the parties from jointly requesting the Court to modify any terms of this order.

4. This Court shall retain jurisdiction to enforce the terms of this order.

Dated this _____ day of _____, 2023.

_____
Hon. Roslyn O. Silver
Senior United States District Judge