IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Thomas Betlach, <br><br> Defendant. | No. CV-16-02337-PHX-ROS <br><br> **ORDER** |

The Court, having considered the Joint Stipulation of Non-Enforcement entered into by the parties (Doc. 22), and good cause appearing,

**IT IS ORDERED** the Joint Stipulation of Non-Enforcement (Doc. 22) is **GRANTED**.

**IT IS FURTHER ORDERED**:

1. This Court's order dated September 6, 2016 (Doc. 19) is amended pursuant to the parties' stipulation (Doc. 22) to allow Defendant to pursue emergency rulemaking under H.B. 2599, codified at Ariz. Rev. Stat. § 36-2930.05, provided that Defendant and his successors shall not enforce Ariz. Rev. Stat. § 36-2930.05, or any emergency rules promulgated thereunder against Plaintiffs, until Defendant engages in final rulemaking through the ordinary rulemaking process, which, once completed, will not take effect until sixty (60) days following the filing of the final rule with the Arizona Governor's Regulatory Review Council.

2. Any steps, actions, or efforts taken by Defendant or his successor to enforce H.B.

2599 as to Plaintiffs shall be based only on Plaintiffs' conduct beginning on or after thirty (30) days from the effective date of the final rules.

    3. Nothing in this order precludes the parties from jointly requesting the Court to modify any terms of this order.

    4. This Court shall retain jurisdiction to enforce the terms of this order.

    Dated this 19th day of May, 2023.

                                        Honorable Roslyn O. Silver
                                        Senior United States District Judge