# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Planned Parenthood Arizona Incorporated, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Thomas Betlach, <br><br> Defendant. | No. CV-16-02337-PHX-ROS <br><br> **ORDER** |

Having considered the stipulation entered into by the parties (Doc. 24), and good cause appearing,

**IT IS ORDERED** the Joint Stipulation of Non-Enforcement (Doc. 24) is **GRANTED**.

**IT IS FURTHER ORDERED**:

1. This Court's order dated September 6, 2016 (Doc. 19) is amended pursuant to the parties' stipulation (Doc. 24) to allow Defendant to promulgate final rules pursuant to H.B. 2599, to target unscrupulous providers for unlawful activity unrelated to Plaintiffs or A.R.S. § 36-2930.05(B)(6).

2. Pursuant to the parties' stipulation, for purposes of interpreting A.R.S. § 36-2930.05(B)(6), "overhead expenses attributable to abortion" shall mean expenses that are directly and exclusively attributable to abortion. In addition, Plaintiffs' obligation to separate taxpayer dollars from overhead expenses attributable to abortion shall not apply to: (1) pursuant to *Simat Corp. v. AHCCCS*, 203 Ariz. 454,

56 P.3d 28 (2002), payments intended to reimburse Plaintiffs for abortion services when the patient is an AHCCCS beneficiary and the victim of rape or incest, the abortion is necessary to save the patient's life, or the abortion is medically necessary to preserve the patient's health; or (2) payments for services which do not exceed Plaintiffs' cost to provide the service, as discussed in *Planned Parenthood Arizona, Inc. v. Betlach*, 899 F. Supp. 2d 868, 886-87 (D. Ariz. 2012).

3. Defendant has agreed that the terms of the stipulation will apply to any successor.

4. Nothing in this order precludes the parties from jointly requesting the Court to modify any terms of this order.

5. This Court shall retain jurisdiction to enforce the terms of this order.

Dated this 5th day of January, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge